[No. 22989-3-I. Division One. December 27, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY R. THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-1-01811-8, Richard M. Ishikawa, J., entered August 26, 1988. *Affirmed in part* and *reversed in part* by unpublished opinion per Scholfield, J., concurred in by Grosse, A.C.J., and Forrest, J.

[No. 22356-9-I. Division One. December 27, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD COBELLI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-8-00934-3, Patricia H. Aitken, J., entered June 3, 1988. *Reversed* by unpublished opinion per Swanson, J., concurred in by Scholfield and Pekelis, JJ. Now published at 56 Wn. App. 921.

[No. 23171-5-I. Division One. December 27, 1989.]

JACOB GREENBERG, *Respondent*, v. THE CITY OF SEATTLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-2-14456-7, Jim Bates, J., entered October 6, 1988. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Swanson, J., concurred in by Webster and Forrest, JJ.